**Rodney THURMAN, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36652.**

Missouri Court of Appeals,
Western District.

Nov. 5, 1985.
Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 24, 1985.

Application to Transfer Denied
Feb. 18, 1986.

Sean D. O'Brien, Public Defender, Kevin Locke, Asst. Public Defender, Kansas City, for movant-appellant.

William L. Webster, Atty. Gen., Jennifer H. Fisher, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and SHANGLER, and MANFORD, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post conviction relief.

Judgment affirmed.   Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Michael SPERRY, Appellant.**

**No. WD 36655.**

Missouri Court of Appeals,
Western District.

Nov. 5, 1985.
Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 24, 1985.

Application to Transfer Denied
Feb. 18, 1986.

Sean D. O'Brien, Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, P.J., and SHANGLER, and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for stealing, in violation of § 570.030, RSMo Supp.1981.

Judgment affirmed.   Rule 30.25(b).